# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| Goldie Troutt | ) | |
|---|---|---|
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: 3:21-cv-1279-SPM |
| Mondelez Global LLC | ) | |
| *Defendant(s)* | ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Defendant Mondelez Global LLC.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Illinois. The state and federal bar numbers issued to me are: 6203600 (ARDC).

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Mar 25, 2022
Date

Signature of Movant

353 North Clark Street
Street Address

Dean N. Panos
Printed Name

Chicago, IL 60654
City, State, Zip

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Dean Nicholas Panos

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/08/1990 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 23rd day of February, 2022.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois