IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GOLDIE TROUTT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**MONDELĒZ GLOBAL LLC,**<br><br>Defendant. | Case No. 21-cv-01279-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

IT IS ORDERED AND ADJUDGED that pursuant to the Order regarding First Amended Complaint dated October 31, 2022 (Doc, 27), judgment is entered in favor of Defendant. This action is **DISMISSED** with prejudice, each party to bear own costs.

DATED: <u>October 31, 2022</u>

MONICA A. STUMP,
Clerk of Court

By: <u>s/ *Jackie Muckensturm*</u>
Deputy Clerk

APPROVED: <u>s/ *Stephen P. McGlynn*</u>
STEPHEN P. MCGLYNN
U.S. District Judge

Page **1** of **1**